UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MR. JOE W. JEAN-LOUIS,<br><br>                Plaintiff,<br><br>    -against-<br><br>NATIONAL GUARD STATE OF NEW YORK; GOVERNOR STATE OF NEW YORK,<br><br>                Defendants. | 23-CV-9674 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the December 4, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   December 4, 2023
            New York, New York

                                                  /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                          Chief United States District Judge